JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE VAN DER VYVER, Plaintiff, v. THE TEAM COMPANIES, LLC, Defendant. | Case No. 2:25-cv-11605-FLA (RAOx) **ORDER DISMISSING ACTION** |

On May 21, 2026, Plaintiff Jessie Van Der Vyver ("Plaintiff") filed a Notice of Voluntary Dismissal, dismissing the lead consolidated action, *Siobhan Hudson et al v. The Team Companies, LLC*, 2:25-cv-11483-FLA (RAOx). Having considered the Notice of Voluntary Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES the action without prejudice.
3. Plaintiff shall file a Notice of Voluntary Dismissal in this member case, 2:25-cv-11605-FLA (RAOx), within five (5) business days of this Order.

IT IS SO ORDERED.

Dated: May 28, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge